UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RICHARD SEGARRA

    Plaintiff,

v.                                     CASE NO.: 8:17-cv-02801-JSM-TBM

JP MORGAN CHASE BANK, N.A.

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

**PLAINTIFF,** RICHARD SEGARRA, by and through his undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff, RICHARD SEGARRA, and Defendant, JP MORGAN CHASE BANK, N.A., have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on this 5th day of June, 2018, a true and correct copy of the foregoing was filed with the Clerk of the Court and served on the parties of record using the CM/ECF system.

Respectfully submitted,

/s/Heather H. Jones
Heather H. Jones, Esq.
Florida Bar No. 0118974
William "Billy" Peerce Howard, Esq.
Florida Bar No. 0103330
THE CONSUMER PROTECTION FIRM, PLLC
4030 Henderson Blvd.
Tampa, FL  33629
Telephone: (813) 500-1500, ext. 205
Facsimile: (813) 435-2369
Heather@TheConsumerProtectionFirm.com
Billy@TheConsumerProtectionFirm.com
*Attorney for Plaintiff*